# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Matthew E. Orso,<br><br>          Plaintiff,<br><br>v.<br><br>Todd Disner and Vincent Purio,<br><br>          Defendants. | Case No. 2:23-cv-01603-CDS-DJA<br><br>**Order** |

Before the Court is Nationwide Judgment Recovery Inc.'s motion to substitute attorney (ECF No. 4) and motion for writ of execution (ECF No. 5).  The Court denies the motion to substitute.  Under Local Rule IA 11-6(c), "[a] stipulation to substitute attorneys must be signed by the newly-appearing attorneys, the withdrawing attorneys, and the represented client and be approved by the court."  Here, Nationwide's motion to substitute attorney is not signed by Plaintiff Matthew E. Orso.  While Nationwide states in the motion to substitute that it is the assignee of Orso, it provides no further explanation and there is nothing on the docket indicating that Orso has assigned his interests in this case.  The Court also denies the motion for writ of execution.  The plaintiff identified in the writ (Nationwide) is not the plaintiff identified in the judgment papers (Orso).  *Compare* ECF No. 1 *with* ECF No. 5.

**IT IS THEREFORE ORDERED** that the motion to substitute attorney (ECF No. 4) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the motion for writ of execution (ECF No. 5) is **denied without prejudice.**

DATED: October 11, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE